O

# United States District Court
# Central District of California

| | |
|---|---|
| UCHENNA KPADUWA, an individual, | Case No. 5:16-CV-01660-ODW(SP) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| COUNTY OF RIVERSIDE; CITY OF EASTVALE; FAVIAN NUNO; and DOES 1-10, | |
| Defendants. | |

///
///
///
///
///
///
///
///
///
///
///

Federal Rule of Civil Procedure 4(m) requires service within ninety days of filing the complaint.  The complaint in this matter was filed more than ninety days ago and service still has not been effected.   Accordingly, the Court issues an Order to Show Cause (OSC) why this action should not be dismissed for failure timely serve the complaint.  Failure to file a response to this OSC by **November 14, 2016**, shall result in the dismissal of this action without prejudice without further notice from the Court.

**IT IS SO ORDERED.**

October 31, 2016

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**